UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHERYL L. SNOW,** )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>RAUSCH STURM LLP f/k/a Rausch Sturm )<br>Israel Enerson & Hornik, LLP )<br>Defendant(s) ) | Civil Action No. 22-30128-KAR |

SETTLEMENT ORDER OF DISMISSAL
October 14, 2022

KATHERINE A. ROBERTSON:   U.S.M.J. :

The court, having been advised on   October 14, 2022   that the above-entitled action has been settled .

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

 /s/ Mary Finn
Mary Finn
Deputy Clerk